99 P.3d 1067

# SUPREME COURT OF HAWAI'I

Sugarman v. Kapu .............. 24090     09/17/2004  Granted     104 Hawai'i 119,
                                                                  85 P.3d 644